NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERALD G. FLORENCE,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2014-3151

---

Petition for review of the Merit Systems Protection Board in No. DA-0353-13-2022-I-1.

---

## ON MOTION

---

## O R D E R

Upon consideration of Gerald G. Florence's motion to withdraw his petition,

IT IS ORDERED THAT:

(1)  The motion is granted.  The petition is dismissed.

(2)  Each side shall bear its own costs.

2                                                   FLORENCE v. USPS

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

ISSUED AS A MANDATE: August 25, 2014